JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAUL URIARTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TWE HOLDING, LLC; ACTS TOWING, INC., and DOES 1 to 10<br><br>　　　　　　Defendants. | Case No.<br>EDCV 14-1135-JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff.

　　The Court orders that judgment shall be entered as follows:

1. Defendants shall provide handicap accessible parking, an accessible transaction window, and handicap accessible paths of travel – all in compliance with the Americans with Disabilities Act

1

|   |   |
|---|---|
| 1 | Accessibility Guidelines – at the property located |
| 2 | at 12061 Pipeline Avenue, Chino, California. |
| 3 | 2.   Plaintiff is awarded a monetary judgment |
| 4 | constituting: |
| 5 | 1.   $4,000 in statutory damages pursuant to |
| 6 | California Civil Code § 52(a); and |
| 7 | 1.   Attorneys' fees and costs in the amount of |
| 8 | $3,925.00 pursuant to 42 U.S.C. § 12205 and |
| 9 | California Civil Code § 52(a) |

IT IS SO ORDERED.

Dated: January 16, 2015      ____

　　　　　　　　　　　　　　Jesus G. Bernal
　　　　　　　　　　　　　United States District Judge